
NASSAU COUNTY
SHERIFF'S DEPT.
09193 09·28·14

9/2[redacted]'14 O.F. #14-[redacted]3

I/M GRIEF, CHRISTOPHER

CC# 14006860

D2-D01


NASSAU COUNTY
SHERIFF'S DEPT.
09193
09 28 14

9/[illegible]/14 U.O.F. #14-[illegible]43

I/M GRIEF, CHRISTOPHER

CC# 14006860

D2-D01

